**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
KENNETH DAVIDSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>            Plaintiff,<br><br>       vs.<br><br>CHALERMKIAT CHARL RAKSANUH D/B/A THAI SPIRIT; BERJIS INVESTMENTS EAGLE LLC; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:23-cv-09774-SPG (AJRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KENNETH DAVIDSON ("Plaintiff") and Defendant BERJIS INVESTMENTS EAGLE LLC ("Defendant") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety. The parties shall each bear their own attorney's fees and costs.

Respectfully submitted,

DATED:  March 25, 2024        SO. CAL. EQUAL ACCESS GROUP

By:    */s/ Jason J. Kim*
       Jason J. Kim
       Attorneys for Plaintiff

DATED: March 25, 2024         MOBASSERI LAW

By:    */s/ Robert Mobasseri*
       Robert Mobasseri, Esq.
       Attorneys for Defendant
       BERJIS INVESTMENTS EAGLE LLC

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 25, 2024              By: */s/ Jason J. Kim*
                                        Jason J. Kim